UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

UNITED STATES OF AMERICA,

      v.

CAMERON LEE,

      Defendant.

_____

22-CR-182(1)-LJV-JJM
DECISION & ORDER

    1.    On March 22, 2024, the defendant, Cameron Lee, pleaded guilty to Counts 2, 3, and 8 of the indictment charging a violation of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine), Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute fentanyl), and Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm and ammunition).  Docket Item 164.

    2.    On March 25, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 166.

    3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

    4.    This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 166), the plea agreement (Docket Item 164),

the indictment (Docket Item 48), a transcript of the plea proceeding (Docket Item 179), and the applicable law. Based on that review, this Court conducted a subsequent plea colloquy on July 11, 2024.

5.      With the addition of this Court's subsequent plea colloquy, the Court adopts Judge McCarthy's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of Counts 2, 3, and 8 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's March 25, 2024 Report & Recommendation, Docket Item 166, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Cameron Lee, is now adjudged guilty under Title 21, United States Code, Section 841(a)(1) on Counts 2 and 3, and under Title 18, United States Code, Section 922(g)(1) on Count 8.


SO ORDERED.

Dated:      July __, 2024
            Buffalo, New York


_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE